# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00227-CV

**Dennis B. Karbach, Appellant**

**v.**

**Steven Alan Markham; Karen Jordan-Markham; U.S. Black Diamond, Inc. and Strategic Development, Inc., Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
## NO. GN300450, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellees have filed a motion to dismiss this appeal for lack of jurisdiction because the judgment is not final and appealable. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A review of the clerk's record shows the trial court's "Order Granting [Appellees'] Motion for Partial Summary Judgment" renders a take-nothing judgment on all of appellant's claims against all appellees "with the exception of [appellant's] claim for breach of contract against Strategic Development, Inc." Therefore, the judgment does not dispose of all parties and claims. There is no indication in the language of the judgment or on the record of any intent on the trial court's part to render a final judgment.[1]  *See id*.

---

[1] There is no indication in the motion to dismiss or response that any action that would create a final judgment, such as a request for a severance or motion for non-suit with regard to the unadjudicated claims, is pending.

This court has jurisdiction only over final judgments and certain types of interlocutory appeals. *See id.*; *Stary v. DeBord*, 967 S.W.2d 352, 352-53 (Tex. 1998). As this appeal neither arises from a final judgment nor an appealable interlocutory judgment, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed for Want of Jurisdiction

Filed: May 27, 2004

2